UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRITTANY LAW,<br><br>Plaintiff,<br><br>v.<br><br>DESERT BOILERS & CONTROLS INC.,<br><br>Defendant. | Case No. 2:25-cv-02204-CDS-EJY<br><br>**ORDER** |

On December 2, 2025, the Court ordered Plaintiff to file an updated address with the Court, which he did on December 30, 2025. ECF Nos. 6, 7. Given Plaintiff's compliance with the Court's Order,

IT IS HEREBY ORDERED that the Clerk of Court **must** send Plaintiff, at his current address, a copy of this Order together with copies of ECF Nos. 3 and 4.

IT IS FURTHER ORDERED that the Court *sua sponte* grants Plaintiff an extension to **January 27, 2026** to file an amended complaint.

IT IS FURTHER ORDERED that failure to file an amended complaint on or before **January 27, 2026** will result in a recommendation that this matter be dismissed in its entirety.

DATED this 6th day of January, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1